# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

## McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Ricardo GUTIERREZ-Gonzalez**

AKA:
    IAE    YOB: 1989
    Mexico

(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED

MAY 08 2018

. Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:   M-18-00970-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 6, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
(*Track Statutory Language of Offense*)

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near McAllen, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On May 6, 2018, Ricardo GUTIERREZ-Gonzalez a citizen of Mexico was encountered by Immigration Officers at the Municipal City Jail in McAllen, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on May 7, 2018. Record checks revealed the defendant was formally removed from the United States to Mexico for the third (3rd) time on September 27, 2011 via the Laredo, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about April 24, 2018 by wading the Rio Grande River at or near Hidalgo, Texas. On August 13, 2009, the defendant was convicted of 8 USC 1326 alien unlawfully found in the United States after previous deportation and sentenced to twenty four (24) months and two years (2) supervise release term to the custody of the United States Bureau of Prisons.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Complaint authorized by AUSA _____

Approved  Joseph Leonard
Sworn to before me and subscribed in my presence,

**May 8, 2018**
Date

**J. Scott Hacker**   **U.S. Magistrate Judge**
Name and Title of Judicial Officer

_____
**Signature of Complainant**

**Ernesto Alvarado**
Printed Name of Complainant

at   **McAllen, Texas**
City and State

_____
Signature of Judicial Officer